Carol SCHULTE, Plaintiff–Appellant,

v.

Joseph MURTHA;  Ruth Jakubowski;  Karen Pilarski, Defendants–Appellees.

No. 13–1908.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 28, 2014.

Carol Schulte, Appellant Pro Se.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carol Schulte appeals the district court's orders denying relief on her 42 U.S.C. § 1983 (2006) complaint, and denying her Fed.R.Civ.P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Schulte v. Murtha,* No. 1:12–cv–02919–RDB (D. Md. Jan. 22, 2013;  June 17, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

court and argument would not aid the decisional process.

*AFFIRMED.*